IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN A. KOPPENAAL** | : CIVIL ACTION NO. 1:CV-04-0957 |
| Plaintiff | : (Judge Kane) |
| | : (Magistrate Judge Blewitt) |
| v. | : |
| | : |
| **JOANNE B. BARNHART, Commissioner** | : |
| of Social Security | : |
| Defendant | : |

## O R D E R

Before the Court in the captioned action is a May 12, 2005, Report of the Magistrate Judge recommending that the plaintiff's appeal be denied. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the report and recommendation of Magistrate Judge Blewitt.

2) Plaintiff's Appeal is **DENIED**.

3) The Clerk of Court shall close the file.

                                                           s/ Yvette Kane
                                                           YVETTE KANE
                                                           United States District Judge

Dated: June 2, 2005.